## 30047. DORSEY *v.* THE STATE.

BROYLES. C. J. The defendant was convicted of the offense of involuntary manslaughter. The evidence authorized the verdict, and the court did not err in overruling the motion for new trial embracing the usual general grounds only.

*Judgment affirmed. MacIntyre and Gardner, JJ., concur.*

DECIDED JUNE 2, 1943.

*Stevens & Stevens,* for plaintiff in error.
*W. H. Lanier, solicitor-general,* contra.